UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-23499-CIV-MORENO

VERONICA DUNN,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE THIS CAUSE came before the Court upon Unopposed Motion to Continue Pre-trial Deadlines and Trial **(D.E. 13)**, filed on **January 17, 2020**.

Given the Plaintiff's husband's illness, the Court finds it advisable to stay discovery in this case and place the case in civil suspense until such time as Plaintiff is ready to proceed with this action. Accordingly, it is

**ADJUDGED** that:

I.    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II.    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III.    This order shall not prejudice the rights of the parties to this litigation.

IV.  Plaintiff SHALL notify the Court by **April 22, 2020**, and every three months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd  of January 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record